**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Switches | 2:17-cv-12338-MOB-MKM |
| This Document Relates to: Direct Purchaser Action | |

**STIPULATION AND ORDER REGARDING DEADLINE FOR FILING
RESPONSES TO DIRECT PURCHASER COMPLAINT**

WHEREAS, on July 18, 2017, Direct Purchaser Plaintiffs ("DPPs") filed a Class Action Complaint and Demand for Jury Trial against the Defendants, including Toyo Denso Co. Ltd. and Weastec, Inc. (together, "Toyo Denso Defendants") alleging violations of Section 1 of the Sherman Act in connection with the sale of power window switches;

WHEREAS, on June 29, 2018, DPPs filed an Amended Class Action Complaint and Demand for Jury Trial ("DPP Amended Complaint"), against the Defendants, including the Toyo Denso Defendants, alleging violations of Section 1 of the Sherman Act in connection with the sale of power window switches;

WHEREAS, on September 25, 2018, the parties stipulated that the Toyo Denso Defendants would answer or otherwise respond to the DPP Amended Complaint no more than 90 days from the Court's signing of the Proposed Order to that effect;

WHEREAS, the Court entered that Order on September 26, 2018 and the Toyo Denso Defendants' response to the DPP Amended Complaint is due on December 26, 2018;

WHEREAS, the parties have agreed to an extension of the time for the Toyo Denso Defendants to answer or otherwise respond to the DPP Amended Complaint.

THEREFORE, it is stipulated and agreed by counsel for the parties that the Toyo Denso Defendants' time to answer or otherwise respond to the DPP Amended Complaint shall be due no later than 90 days from the signing of this Order.

**SO ORDERED**

Date:  December 21, 2018                                    s/Marianne O. Battani
                                                                                   MARIANNE O. BATTANI
                                                                                   United States District Judge

**STIPULATED TO AND APPROVED BY:**

December 17, 2018

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
**FINK + ASSOCIATES LAW**
38500 Woodward Ave.; Ste. 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

| | |
|---|---|
| Gregory P. Hansel | Joseph C. Kohn |
| Randall B. Weill | William E. Hoese |
| Michael S. Smith | Douglas A. Abrahams |
| PRETI, FLAHERTY, BELIVEAU | KOHN, SWIFT & GRAF, P.C. |
| & PACHIOS LLP | 1600 Market Street |
| One City Center, P.O. Box 9546 | Suite 2500 |
| Portland, ME 04112-9546 | Philadelphia, PA 19103 |
| Telephone: (207) 791-3000 | Telephone: (215) 238-1700 |

| | |
|---|---|
| Steven A. Kanner | Eugene A. Spector |
| William H. London | William G. Caldes |
| Michael E. Moskovitz | Jonathan M. Jagher |
| FREED KANNER LONDON | Jeffrey L. Spector |
|   & MILLEN LLC | SPECTOR ROSEMAN & KODROFF |
| 2201 Waukegan Road, Suite 130 | 1818 Market Street, Suite 2500 |
| Bannockburn, IL 60015 | Philadelphia, PA 19103 |
| Telephone: (224) 632-4500 | Telephone: (215) 496-0300 |

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

December 17, 2018

*/s/ Allyson M. Maltas*
Marguerite M. Sullivan
Allyson M. Maltas
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 100
Washington, D.C. 20004
Telephone: (202) 637-1027
Facsimile: (202)-637-2201
Marguerite.Sullivan@lw.com
Allyson.maltas@law.com

*Counsel for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*